UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PHILADELPHIA INDEMNITY INS. CO., *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> MARKEL INS. CO., *et al.,* <br><br> *Defendants.* | Civil No. JRR-22-00005 |

**ORDER**

This matter comes before the court on Defendant Markel Insurance Company's ("MIC") Motion to Dismiss Count III of Plaintiffs' Complaint for Breach of Contract and Declaratory Judgment or, Alternatively, Dismiss or Stay as Premature (ECF 7; the "Motion"). The court has considered all papers submitted. No hearing is necessary. Local Rule 105.6 (D. Md. 2021). For the reasons set forth in the accompanying memorandum opinion, it is this 13th day of May 2022,

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that Count III of the Complaint (ECF 1) is **DISMISSED WITHOUT PREJUDICE**. The case shall proceed on Counts I and II.

                                                                               /s/\
                                                                              Julie R. Rubin\
                                                                              United States District Judge