UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PHILADELPHIA INDEMNITY INS. CO., *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>MARKEL INS. CO., *et al.,*<br><br>*Defendants.* | Civil No. 1:22-cv-00005-JRR |
| PHILADELPHIA INDEMNITY INS. CO., *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>MARKEL INS. CO., *et al.,*<br><br>*Defendants.* | Civil No. 1:20-cv-00669-JRR |

## ORDER

This matter comes before the court on Plaintiffs' Motion to Consolidate (ECF 8; 87; the "Motion") and Defendant Markel Insurance Company's Response in Opposition to same (ECF 15; 89). Although the court granted the parties' joint request for an extension of time until May 20, 2022, for Plaintiffs to file a reply (ECF 16 and 17; 90 and 91), none was filed. The court has considered all papers submitted. No hearing is necessary. Local Rule 105.6 (D. Md. 2021).

For the reasons set forth in the accompanying memorandum opinion, it is this 23rd day of May 2022, **ORDERED** that the Motion shall be, and is hereby, **DENIED**. FED. R. CIV. P. 42(a).

_____/s/_____
Julie R. Rubin
United States District Judge